**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: HON. TIMOTHY M. REIF, JUDGE**

------------------------------------------------------------------- X
**PARKDALE AMERICA LLC,**                    :
                                          :
    **Plaintiff,**         :
                                          :
    *v.*                   :     **Court No. 22-00019**
                                          :
**UNITED STATES OF AMERICA,**                 :
                                          :
    **Defendant.**         :
------------------------------------------------------------------- X

## PLAINTIFF'S MOTION TO AMEND THE SCHEDULING ORDER

Pursuant to Rules 6(c) and 16 of the Rules of the United States Court of International Trade, plaintiff respectfully submits this consent motion to amend the scheduling order to allow additional time for the parties to conduct discovery. The end of discovery is currently set for September 15, 2023. Plaintiff requests a 90-day extension to day extension until December 15, 2023. This is plaintiff's third request for an extension of time to complete discovery.

When a motion is made prior to a filing deadline, the Court may, for good cause, extend the time within which a party must act. USCIT Rule 6(b)(1)(A). "Good cause requires the moving party to show that the deadline for which an extension is sought cannot reasonably be met despite the movant's diligent efforts to comply with the schedule." *POSCO*, *et al. v. United States*, Ct. Int'l Trade No. 16-00225, April 21, 2017 order (Docket entry no. 50) (citing *High Point Design LLC v. Buyers Direct, Inc*., 730 F.3d 1301, 1319 (Fed. Cir. 2013) (discussing "good cause" in the context of Federal Rule of Civil Procedure 16(b)); and *United States v. Horizon Prods. Int'l, Inc.*, 34 F. Supp. 3d 1365, 1367 (2014) (diligence is the "primary consideration" under the general good cause standard applicable to USCIT Rules 6(b) and 16(b)).

Good cause exists for amending the current scheduling order. Plaintiff has provided defendant with a proposed settlement of this action which may lead to the resolution of this case without any further litigation. Additional time will be necessary for the parties to move forward with possibly stipulating this case as the Government continues to consider the proposal.

On September 12, 2023 counsel for plaintiff contacted Marcella Powell, counsel for the defendant, to request an extension. Ms. Powell consented to the request. Plaintiff submits that good cause for an extension has been shown and respectfully request that the Court grant this motion.

        Respectfully submitted,

        NEVILLE PETERSON LLP

        /s/ John M. Peterson
           John M. Peterson
           Patrick B. Klein
           One Exchange Plaza
           55 Broadway, Suite 2602
           New York, NY 10006
           (212) 635-2730
           jpeterson@npwny.com

Dated: September 12, 2023