UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| PARKDALE AMERICA LLC, : | |
| : | |
| Plaintiff, : | Court No. 22-00019 |
| : | |
| v. : | |
| : | |
| UNITED STATES, : | |
| : | |
| Defendant. : | |

**ORDER**

Upon consideration of the parties' joint motion to amend the Scheduling Order and upon all other papers and proceedings had herein it is hereby

ORDERED that parties' joint motion is granted; and it is further

ORDERED that the annexed Scheduling Order is hereby entered.

_____
JUDGE

Dated:     New York, NY
          This      day of           , 2024

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. TIMOTHY M. REIF, JUDGE

| | | |
|---|---|---|
| PARKDALE AMERICA LLC, | : | |
| | : | |
| Plaintiff, | : | Court No. 22-00019 |
| v. | : | |
| UNITED STATES, | : | |
| Defendant. | : | |

## **SCHEDULING ORDER**

1. Dispositive motions, if any, shall be filed by May 15, 2024.  A brief in response to a dispositive motion may include a dispositive cross-motion.

2. If no dispositive motions are filed, a request for trial shall be filed no later than June 13, 2024, and shall be accompanied by a proposed Order Governing Preparation for Trial (prepared in consultation with opposing counsel), and submitted in the standard format provided by the Court.

3. If necessary, trial shall begin at a time and place ordered by the Court.

                                                                                    Judge

Dated: _____
       New York, NY

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. TIMOTHY M. REIF, JUDGE

| | | |
|---|---|---|
| PARKDALE AMERICA LLC, | : | |
| | : | |
| Plaintiff, | : | Court No. 22-00019 |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES, | : | |
| | : | |
| Defendant. | : | |

### JOINT MOTION TO EXTEND TIME

Parkdale America LLC, plaintiff, and United States, defendant, pursuant to Rules 6(b) and 7 of the United States Court of International Trade, hereby move this Court for an extension of time for the filing of dispositive motions by thirty (30) days to and including May 15, 2024, and to extend all of the other dates in the current scheduling order by thirty (30) days as set forth in the annexed proposed amended scheduling order. This is the first request for an extension of time for the filing of dispositive motions. The Scheduling Order has been amended four prior times.

When a motion is made prior to a filing deadline, the Court may, for good cause, extend the time within which a party must act. USCIT Rule 6(b)(1)(A). "Good cause requires the moving party to show that the deadline for which an extension is sought cannot reasonably be met despite the movant's diligent efforts to comply with the schedule." *See Mondiv, Division of Lassonde Specialties Inc. v. United States*, 16-00038, Dkt. 28 (*citing HighPoint Design LLC v. Buyers Direct, Inc.*, 730 F.3d 1301, 1319 (Fed. Cir. 2013)).

Good cause supports this motion. The primary legal issue presented in this case is whether U.S. Customs and Border Protection (CBP) properly denied plaintiff's "mixed use" drawback claim. Dispositive motions are due on April 15, 2024. However, the parties are still

engaged in discussions as to whether this matter can be resolved without further Court intervention. Plaintiff provided the Government with a letter addressing the jurisdictional issues identified by the Government, and CBP is considering the information set forth in plaintiff's letter. The parties also are communicating regarding those issues as well as now conferring about the legal issues in this case. The requested extension of time for the filing of dispositive motions will allow the parties to continue their discussions and exchange information. An amical resolution would conserve judicial and party resources.

    WHEREFORE, the parties respectfully request that its joint motion be granted.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy
Assistant Attorney General

PATRICIA M. McCARTHY
Director

By: /s/ Justin R. Miller
    JUSTIN R. MILLER
    Attorney-In-Charge
    International Trade Field Office

/s/ Marcella Powell
MARCELLA POWELL
Senior Trial Counsel
Civil Division, Dept. of Justice
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York l0278
Attorneys for Defendant
Dated: April 11, 2024    Tel. No. 2l2-264-9230 or 1873

                                              Respectfully submitted,

                                              NEVILLE PETERSON LLP
                                              *Counsel for Plaintiff*

                                              /s/ John M. Peterson
                                              John M. Peterson
                                              Patrick B. Klein
                                              One Exchange Plaza
                                              55 Broadway, Suite 2602
                                              New York, NY 10006
                                              (212) 635-2730
Dated: April 11, 2024                        jpeterson@npwny.com