**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: HON. TIMOTHY M. REIF, JUDGE**

------------------------------------------------------------------- X
: 
**PARKDALE AMERICA LLC.,** :
:
    **Plaintiff,** :
:
    *v.* :       **22-cv-00019**
:
**UNITED STATES OF AMERICA** :
    **Defendant.** :
:
-------------------------------------------------------------------·X

## JOINT STATUS REPORT

Pursuant to this Court's Order of June 13, 2024, *see* ECF 30, Plaintiff, Parkdale America LLC ("Parkdale"), and Defendant, United States, submit this joint status report regarding the parties' progress with respect to the stipulation of this case. Since the parties previous Joint Status Report (ECF 38) was filed on December 6th, 2024, the Government is still in the process of obtaining final approval from before the stipulation can be filed. The parties continue to work together and remain optimistic that this matter can be resolved without the need of further litigation.

| | |
|---|---|
| Respectfully submitted, | BRIAN M. BOYNTON<br>Principal Deputy |
| NEVILLE PETERSON LLP<br>*Counsel for Parkdale America LLC* | Assistant Attorney General |
| | PATRICIA M. McCARTHY |
| /s/ John M. Peterson<br>John M. Peterson | Director |
| Patrick B. Klein | By: /s/ Justin R. Miller |
| One Exchange Plaza | JUSTIN R. MILLER |
| 55 Broadway, Suite 2602 | Attorney-In-Charge |
| New York, NY 10006 | International Trade Field Office |
| (212) 635-2730 | |
| jpeterson@mpwny.com | /s/ Marcella Powell |
| | MARCELLA POWELL |
| | Senior Trial Counsel |
| | Civil Division, Dept. of Justice |
| | Commercial Litigation Branch |
| | 26 Federal Plaza, Room 346 |
| | New York, New York l0278 |
| | Attorneys for Defendant |
| | Tel. No. 2l2-264-9230 or 1873 |

Dated: January 6, 2025